NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BOBBIE JO CURTIS,                              )
                                               )
        Appellant,                      )
                                               )
v.                                             )          Case No. 2D17-3699
                                               )
STATE OF FLORIDA,                              )
                                               )
        Appellee.                       )
_____)

Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.


PER CURIAM.


      Affirmed.


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.